**No. 40963.**—Protests 703180–G, etc., of D. Costalos (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 it was held that an allowance should have been made for the fuller's earth covering of the cheese in question.

**No. 40964.**—Protests 679990–G, etc., of Antolini & Co. et al. (New York).

Opinion By KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 39667 the protests were sustained.

**No. 40965.**—Protests 795051–G, etc., of the Vitamin Yeast Makers, Inc. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

**No. 40966.**—Protest 761107–G of Hawley & Letzerich (Galveston).

Opinion by KEEFE, J. On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, MARCH 31, 1939

**No. 40967.**—Protests 934358–G, etc., of Herrmann & Jacobs, Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of pile fabric face cloths. On the authority of *Ramallah* v. *United States* (T. D. 47681) the claim at 40 percent under paragraph 923 was sustained.

BEFORE THE THIRD DIVISION, MARCH 31, 1939

**No. 40968.**—Protest 973325–G of Merck & Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 40969.**—Protest 972453–G of Charles Trenholm (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 40970.**—Protests 974753–G, etc., of International Forwarding Co. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.